# B

| CLERK'S NOTICE | DOCKET NUMBER<br>1374CV00049 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| **CASE NAME:**<br>Wendy Swolinzky d/b/a BookaBoat vs. Aquinnah Board of Selectmen et al | | Joseph E. Sollitto, Jr., Clerk of Court<br>Dukes County |
| **TO:**<br>Seth Barnett, Esq.<br>Pierce, Davis & Perritano, LLP<br>90 Canal Street<br>Boston, MA 02114 | | **COURT NAME & ADDRESS**<br>Dukes County Superior Court<br>81 Main Street<br>P. O Box 1267<br>Edgartown, MA 02539 |

You are hereby notified that on 03/09/2016 the following entry was made on the above referenced docket:

Endorsement on Motion to amend the Complaint (#42.0): ALLOWED

| DATE ISSUED | ASSOCIATE JUSTICE/ ASSISTANT CLERK | SESSION PHONE# |
|---|---|---|
| 03/09/2016 | Hon. Cornelius J Moriarty, II | |