UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY SWOLINZKY d/b/a BOOKABOAT, )<br>Plaintiff, )<br> )<br>VS. ) C.A. NO. 1:16-CV-10669<br> )<br>ADB BEVERLY WRIGHT, SPENCER BOOKER,)<br>and JAMES NEWMAN, as they are the )<br>AQUINNAH BOARD OF SELECTMEN, and )<br>BEVERLY WRIGHT, individually, and )<br>VERNON WELCH )<br>Defendants. )<br>_____) | |

STATUS REPORT OF VERNON WELCH

Per this Court's Order on March 29, 2019, counsel for Vernon Welch ("Welch") reports that in the event there is no appeal from the Memorandum and Order on Defendants' Motions For Summary Judgment, dated March 29, 2019, Welch dismisses his counterclaims and crossclaims, without prejudice.

                                              Respectfully Submitted
                                              Defendant, **VERNON WELCH,**
                                              By his Attorneys,

                                              /s/ Marilyn H. Vukota
                                              _____
                                              Marilyn H. Vukota, BBO #633225
                                              McCarron, Murphy & Vukota, LLP
                                              282 Upper Main Street
                                              P.O. Box 1270
                                              Edgartown MA 02539
                                              (508) 627-3322
                                              MHV@Edgartownlaw.com

Dated: April 5, 2019

| | |
|---|---|
| Assented to:<br>The Plaintiff,<br>WENDY SWOLINZKY d/b/a BOOKABOAT,<br>By her attorneys,<br><br>**LAW OFFICES OF TIMOTHY M. BURKE** | The Defendants,<br>BEVERLY WRIGHT, SPENCER BOOKER,<br>JAMES NEWMAN, as they are the<br>AQUINNAH BOARD OF SELECTMEN,<br>and BEVERLY WRIGHT, Individually,<br>By their attorneys,<br>**PIERCE DAVIS & PERRITANO LLP** |
| */s/ Timothy M. Burke*<br>Timothy M. Burke, BBO #065720<br>160 Gould Street, Suite 100<br>Needham, MA 02494<br>(781) 455-0707<br>attytimburke@gmail.com | */s/ Seth B. Barnett*<br>Seth B. Barnett, BBO #661497<br>10 Post Office Square, Suite 1100N<br>Boston, MA 02109-4603<br>(617) 350-0950<br>sbarnett@piercedavis.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 5, 2019 .

/s/  Marilyn H. Vukota

Marilyn H. Vukota