UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY SWOLINZKY d/b/a BOOKABOAT, ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> ADB BEVERLY WRIGHT, SPENCER BOOKER,) <br> and JAMES NEWMAN, as they are the ) <br> AQUINNAH BOARD OF SELECTMEN, and ) <br> BEVERLY WRIGHT, individually, and ) <br> VERNON WELCH ) <br> Defendants. ) <br> _____) | C.A. NO. 1:16-cv-10669- |

JOINT STATUS REPORT

Pursuant to the Court's April 9, 2019 Electronic Order, the parties report to the Court as follows:

1. As the remaining counterclaims and crossclaims asserted by Mr. Welch all arise under common law, the Parties agree and would propose that the Court now enter and Order remanding those remaining state law claims to the Superior Court as this action was filed in the Superior Court of the Commonwealth of Massachusetts in and for Dukes County, entitled <u>Wendy Swolinzky, d/b/a/ Bookaboat v. Aquinnah Board of Selectmen, et. al</u>, Civil Action No. DUCV2013-00049.

2. The Parties seek to have Final Judgment entered so as to enable them to exercise their rights to appeal the Decision to the First Circuit Court of Appeals forthwith, if any.

3. As referenced by this Court in its summary judgment decision, Plaintiff intends on pursing a claim pursuant to <u>M.G.L. c. 79, § 14</u>, for an assessment of damages arising out of the Defendants' taking of the Plaintiffs' properties by eminent domain in Superior Court.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>WENDY SWOLINZKY d/b/a BOOKABOAT,<br>By her attorneys,<br><br>**LAW OFFICES OF TIMOTHY M. BURKE** | The Defendants,<br>BEVERLY WRIGHT, SPENCER BOOKER,<br>JAMES NEWMAN, as they are the<br>AQUINNAH BOARD OF SELECTMEN,<br>and BEVERLY WRIGHT, Individually,<br>By their attorneys,<br>**PIERCE DAVIS & PERRITANO LLP** |
| */s/ Timothy M. Burke*<br>Timothy M. Burke, BBO #065720<br>160 Gould Street, Suite 100<br>Needham, MA 02494<br>(781) 455-0707<br>attytimburke@gmail.com | */s/ Seth B. Barnett*<br>Seth B. Barnett, BBO #661497<br>10 Post Office Square, Suite 1100N<br>Boston, MA 02109-4603<br>(617) 350-0950<br>sbarnett@piercedavis.com |

Defendant,
**VERNON WELCH,**

By his Attorneys,

/s/ Marilyn H. Vukota
_____

Marilyn H. Vukota, BBO #633225
McCarron, Murphy & Vukota, LLP
282 Upper Main Street
P.O. Box 1270
Edgartown MA 02539
(508) 627-3322
MHV@Edgartownlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 12, 2019

/s/
