UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

Wendy Swolinzky

      Plaintiff

                                    CIVIL ACTION NO.:

      v.                           16-10669-ADB

Beverly Wright et al

      Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **JUDGMENT**
April 16, 2019

Burroughs, D.J.

    In accordance with the Memorandum and Order entered on March 29, 2019, GRANTING defendant's motions for summary judgment on all counts of the Amended Complaint.

    Judgment is hereby entered for the Defendants. This case is hereby ordered closed and remanded to the Superior Court sitting in and for the County of Dukes.

    SO ORDERED.

                    /s/ Allison D. Burroughs
                    ALLISON D. BURROUGHS
                    United States District Judge