UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Wendy Swolinzky

    Plaintiff

v.                                                       Civil Action No. 16-10669-ADB

Wright et al

    Defendant

## ORDER FOR REMAND

Burroughs, DJ

In accordance with this Court's Order dated April 9, 2019 and the Court's Order entered April 16, 2019, it is hereby ordered that this case be REMANDED to Dukes County Superior Court for further proceedings.

BY THE COURT,

/s/ Christina McDonagh

Deputy Clerk

DATED: April 16, 2019